# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-462-700

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

**Title of Work:** Two young horses running together in the sunset with the herd on the Background

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 19, 2012
**Nation of 1st Publication:** Russia

## Author

- **Author:** Maria Itina
  **Author Created:** digital artwork incorporating original photograph(s)
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

## Rights and Permissions

**Name:** Maria Itina
**Email:** manunyai200@gmail.com
**Address:** 2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification

**Name:** David Denholm
**Date:** February 19, 2025

**Applicant's Tracking Number:**   MI2025021902

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-462-702

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Two wild chestnut horses running together in dust, front view |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 19, 2015 |
| **Nation of 1ˢᵗ Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Maria Itina |
| **Author Created:** | digital artwork incorporating original photograph(s) |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Itina |
| | 2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Itina |
| **Email:** | manunyai200@gmail.com |
| **Address:** | 2nd Schipkovskiy lane 11/13 |
| | Moscow 115093 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 19, 2025 |
| **Applicant's Tracking Number:** | MI2025021904 |

**Correspondence:**    Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-698

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Wild stallion in dust |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | October 25, 2013 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Maria Itina |
| **Author Created:** | digital artwork incorporating original photograph(s) |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Itina |
| | 2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Itina |
| **Email:** | manunyai200@gmail.com |
| **Address:** | 2nd Schipkovskiy lane 11/13 |
| | Moscow 115093 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 19, 2025 |
| **Applicant's Tracking Number:** | MI2025021901 |

**Correspondence:**    Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-697

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

**Title of Work:** black stallion

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 08, 2014
**Nation of 1st Publication:** Russia

## Author

- **Author:** Maria Itina
  **Author Created:** digital artwork incorporating original photograph(s)
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

## Rights and Permissions

**Name:** Maria Itina
**Email:** manunyai200@gmail.com
**Address:** 2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification

**Name:** David Denholm
**Date:** February 19, 2025
**Applicant's Tracking Number:** MI2025021910

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-701

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

**Title of Work:** horses in dust

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 28, 2012
**Nation of 1st Publication:** Russia

## Author

- **Author:** Maria Itina
  **Author Created:** digital artwork incorporating original photograph(s)
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

## Rights and Permissions

**Name:** Maria Itina
**Email:** manunyai200@gmail.com
**Address:** 2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification

**Name:** David Denholm
**Date:** February 19, 2025
**Applicant's Tracking Number:** MI2025021903

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-705

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title
_____

**Title of Work:**   Wild chestnut draft horse running gallop under the cloudy skies

## Completion/Publication
_____

**Year of Completion:**   2015
**Date of 1st Publication:**   August 16, 2015
**Nation of 1st Publication:**   Russia

## Author
_____

- **Author:**   Maria Itina
  **Author Created:**   digital artwork incorporating original photograph(s)
  **Citizen of:**   Russia

## Copyright Claimant
_____

**Copyright Claimant:**   Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

---

## Rights and Permissions
_____

**Name:**   Maria Itina
**Email:**   manunyai200@gmail.com
**Address:**   2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification
_____

**Name:**   David Denholm
**Date:**   February 19, 2025
**Applicant's Tracking Number:**   MI2025021907

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-699

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

**Title of Work:** horses in autumn sunset

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 13, 2011
**Nation of 1st Publication:** Russia

## Author

- **Author:** Maria Itina
  **Author Created:** digital artwork incorporating original photograph(s)
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

## Rights and Permissions

**Name:** Maria Itina
**Email:** manunyai200@gmail.com
**Address:** 2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification

**Name:** David Denholm
**Date:** February 19, 2025
**Applicant's Tracking Number:** MI2025021905

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-462-703

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Double portrait of two snow-white horses reaching out to each other |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | September 04, 2011 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Maria Itina |
| **Author Created:** | digital artwork incorporating original photograph(s) |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Itina |
| | 2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Itina |
| **Email:** | manunyai200@gmail.com |
| **Address:** | 2nd Schipkovskiy lane 11/13 |
| | Moscow 115093 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 19, 2025 |
| **Applicant's Tracking Number:** | MI2025021911 |

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-462-695**

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

## Title

**Title of Work:** Monochromatic image of a Two wild chestnut horses running together in dust, front view

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 24, 2017
**Nation of 1st Publication:** Russia

## Author

- **Author:** Maria Itina
  **Author Created:** digital artwork incorporating original photograph(s)
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

## Rights and Permissions

**Name:** Maria Itina
**Email:** manunyai200@gmail.com
**Address:** 2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification

**Name:** David Denholm
**Date:** February 19, 2025

Page 1 of 2

**Applicant's Tracking Number:**   MI2025021908

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-462-704

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

**Title of Work:**    White stallion leading the herd forward in sunset

## Completion/Publication

**Year of Completion:**    2012
**Date of 1st Publication:**    July 17, 2012
**Nation of 1st Publication:**    Russia

## Author

- **Author:**    Maria Itina
  **Author Created:**    digital artwork incorporating original photograph(s)
  **Citizen of:**    Russia

## Copyright Claimant

**Copyright Claimant:**    Maria Itina
2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia

## Rights and Permissions

**Name:**    Maria Itina
**Email:**    manunyai200@gmail.com
**Address:**    2nd Schipkovskiy lane 11/13
Moscow 115093 Russia

## Certification

**Name:**    David Denholm
**Date:**    February 19, 2025
**Applicant's Tracking Number:**    MI2025021912

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-462-694

**Effective Date of Registration:**
February 19, 2025
**Registration Decision Date:**
September 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | white horses |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 17, 2014 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Maria Itina |
| **Author Created:** | digital artwork incorporating original photograph(s) |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maria Itina |
| | 2nd Schipkovskiy lane 11/13, Moscow, 115093, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Maria Itina |
| **Email:** | manunyai200@gmail.com |
| **Address:** | 2nd Schipkovskiy lane 11/13 |
| | Moscow 115093 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 19, 2025 |
| **Applicant's Tracking Number:** | MI2025021906 |

Page 1 of 2

**Correspondence:**    Yes

